UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO ARANA,

                       Petitioner,

        v.

WILLIAM BARR, Attorney General of the United States; KEVIN MCALEENAN, Acting Secretary of the U.S. Department of Homeland Security; MATTHEW ALBENCE, ACTING DIRECTOR, U.S. Immigration and Customs Enforcement; JAMES MCHENRY, Director, Executive Office of Immigration Review; THOMAS DECKER, New York Field Office Director for U.S. Immigration and Customs Enforcement,

                       Respondents.

**ORDER**

19 Civ. 7924 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In an April 7, 2020 emergency motion (Dkt. Nos. 29-32), Petitioner asks this Court to order his release from ICE custody, asserting that the immigration judge violated this Court's April 3, 2020 order (Dkt. No. 28) concerning Petitioner's bond hearing. In that Order, this Court directed that, at the bond hearing, the immigration judge should consider alternatives to detention and require Respondents to demonstrate, by clear and convincing evidence, that continued detention is appropriate. Petitioner claims that the immigration judge violated both aspects of this Court's Order. Respondents are directed to respond to the motion by **April 9,**

**2020**.  Respondents' submission will include a transcript of the April 7, 2020 bond hearing.

Dated: New York, New York
April 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge