UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PEDRO ARANA,

                Petitioner,                19 **CIVIL** 7924 (PGG) (DCF)

       -against-                                  **JUDGMENT**

WILLIAM BARR, Attorney General of the United States; KEVIN MCALEENAN, Acting Secretary of the U.S. Department of Homeland Security; MATTHEW ALBENCE, ACTING DIRECTOR, U.S. Immigration and Customs Enforcement; JAMES MCHENRY, Director, Executive Office of Immigration Review; THOMAS DECKER, New York Field Office Director for U.S. Immigration and Customs Enforcement,

                Respondents.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 1, 2020, Petitioner's motion to enforce is denied, and the case is closed.

**DATED:** New York, New York
           May 4, 2020

                                                  **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                                  BY:
                                                   **Deputy Clerk**